1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11   DELFINO CARDENAS            Case No. 2:24-cv-10048-CBM (GJS)
     MACHADO,
12
                Petitioner       **ORDER ACCEPTING FINDINGS**
13                               **AND RECOMMENDATIONS OF**
        v.                       **UNITED STATES MAGISTRATE**
14                               **JUDGE**
     RAUL MORALES,
15
                Respondent.
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas petition filed

19   by Petitioner [Dkt. 1, "Petition"], all relevant documents filed and lodged in this

20   action including Respondent's motion to dismiss the Petition [Dkt. 9] and the related

21   briefing [Dkts. 12-13], the Report and Recommendation of United States Magistrate

22   Judge [Dkt. 15, "Report"], and Petitioner's Objections to the Report [Dkt. 17].

23   Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has

24   conducted a de novo review of those portions of the Report to which objections have

25   been stated.

26        Having completed its review, Petitioner's Objections are OVERRULED, and

27   the Court accepts the findings and recommendations set forth in the Report.

28

Accordingly, **IT IS ORDERED** that: the Motion is GRANTED; and Judgment shall be entered dismissing this action with prejudice.

DATE: June 12, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE