UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINO CARDENAS MACHADO,<br><br>　　　　Petitioner<br><br>　　v.<br><br>RAUL MORALES,<br><br>　　　　Respondent. | Case No. 2:24-cv-10048-CBM (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 12, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE